United States District Court
Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   San Francisco Division

11

12    DARRYL O. LEWIS,                        Case No. 16-cv-02448-LB

               Plaintiff,
13

       v.                                      **ORDER OF TRANSFER**
14
                                               [Re: ECF No. 1 ]
       RONALD WHITENHILL, et al.,
15
               Defendants.
16

17

18        Darryl O. Lewis, an inmate at San Quentin State Prison, filed this *pro se* civil rights action

19    under 42 U.S.C. § 1983 and consented to proceed before a magistrate judge. His complaint asserts

20    claims about defendants' representation in the criminal case against him in Los Angeles County

21    Superior Court. The events and omissions giving rise to the complaint occurred, and the

22    defendants appear to reside, in Los Angeles County, which is located within the venue of the

23    Central District of California. No defendant is alleged to reside in, and none of the events or

24    omissions giving rise to the complaint are alleged to have occurred in, the Northern District of

25    California. Venue is proper in the Central District, and not in the Northern District. *See* 28 U.S.C.

26    § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

27    TRANSFERRED to the United States District Court for the Central District of California. The

28

1    clerk shall transfer this matter.

2        **IT IS SO ORDERED.**

3    Dated: May 16, 2016

4    _____

5    LAUREL BEELER
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

1

2              UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4

5   DARRYL O. LEWIS,
                                          Case No.  3:16-cv-02448-LB
                    Plaintiff,
6
            v.                            **CERTIFICATE OF SERVICE**
7
    RONALD WHITENHILL, et al.,
8
                    Defendants.
9

10          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

11   District Court, Northern District of California.

12

13          That on May 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing

14   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

15   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

16   receptacle located in the Clerk's office.

17

18   Darryl O. Lewis ID: AS0147
    San Quentin State Prison 2-H-50L
19   San Quentin, CA 94974

20

21
    Dated: May 16, 2016
22

23                                        Susan Y. Soong
                                          Clerk, United States District Court
24

25

26   By:_____
                                          Lashanda Scott, Deputy Clerk to the
27                                        Honorable LAUREL BEELER

28

                                 3